## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **CR. NO. 08-00354-CG** |
| ) | |
| **DELANA MARLENE WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the court on the United States' Motion to Dismiss Indictment

without prejudice (Doc. 19).

Upon due consideration and pursuant to Fed.R.Crim.P. 48(a), such motion hereby is

**GRANTED**.  It, therefore, is **ORDERED** that the Indictment filed on October 30, 2008 against

defendant, Delana Marlene Williams, is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** this 23rd day of March, 2009.


        /s/ Callie V. S. Granade
        CHIEF UNITED STATES DISTRICT JUDGE